AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>CHARLES EDWARD SMITH<br><br>*Defendant(s)* | Case No. **8:23MJ1348AAS** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 24, 2023__ in the county of __Hillsborough__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111 | Knowingly and willfully assaulted a federal employee |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Luke Salvatore Puleo, Special Agent
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: March 29, 2023

_____
*Judge's signature*

City and state: Tampa, Florida

AMANDA A. SANSONE, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Luke S. Puleo, being sworn to tell the truth, state as follows:

1. I am a law enforcement officer of the United States who is empowered by law to conduct investigations and make arrests for offenses enumerated in Title 18, United States Code. I have been employed as a federal law enforcement officer for more than one year and have served as a Special Agent with the Department of Veterans Affairs ("VA"), Office of Inspector General ("OIG") since 2022. I am a graduate of the Federal Law Enforcement Training Center.

2. During my tenure as a federal law-enforcement officer, I have investigated and assisted in the investigation of numerous criminal matters, including, pertinently, matters that involve crimes against persons. I have received training, and regularly update my training, regarding the same.

3. As a Special Agent for VA OIG, I am authorized to investigate violations of the laws of the United States, including 18 U.S.C. § 111, and to execute arrest and search warrants issued under the authority of the United States.

4. This affidavit is provided for the limited purpose of establishing probable cause for the issuance of a criminal complaint against **CHARLES EDWARD SMITH**. It is not intended to include each and every fact and detail known to me or to other law enforcement officers surrounding this investigation. I have set forth only those facts that I believe are necessary to establish probable cause. The information set forth in this affidavit is based on my personal participation in this investigation, information provided to me by other individuals including other

law enforcement officers, my review of records, reports, and documents related to this investigation, and communications with other individuals who have personal knowledge of the events and circumstances described herein.

5. I respectfully submit that this affidavit contains probable cause to believe that on or about February 24, 2023, in Hillsborough County, in the Middle District of Florida, **SMITH** did knowingly and willfully assault a federal employee, specifically an employee of the United States Department of Veterans Affairs, in violation of 18 U.S.C. § 111.

## PROBABLE CAUSE STATEMENT

6. **SMITH** is a VA employee who works at the United States Department of Veterans Affairs Medical Center James A. Haley (VAMC JAH), in Hillsborough County, Florida, which is within the Middle District of Florida. From or around June 2008, **SMITH** has served as a Housekeeping Aide at VAMC JAH.

7. Victim W.C. is a VA employee who works at the United States VAMC JAH, in Hillsborough County, Florida, which is within the Middle District of Florida. Victim W.C. has been employed by the VA from on or around October of 2009.

8. On February 24, 2023, Christine Curran, Criminal Investigator, VA Police Services, VAMC JAH, notified VA OIG, Bay Pines Resident Agency (BPRA) that **SMITH** assaulted Victim W.C., in the linen room at VAMC JAH. Curran

alleged that **SMITH** put his arms around Victim's W.C.'s throat, picked her up off her feet and slammed her onto the ground.

9. On February 27, 2023, SA Puleo, and SA Doug Williams, interviewed Victim W.C. at VAMC JAH. Victim W.C. stated that on February 24, 2023, she and **SMITH** got into an argument in the linen room at VAMC JAH. **SMITH** then proceeded to put his left arm around her neck, placing her into a chokehold, while applying pressure, before throwing her to the ground. Victim W.C. laid on the floor scared and in complete shock. Victim W.C. estimated that **SMITH** is 5'11" and weighs 220 lbs. Victim W.C. estimated that she is 5'0" and weighs 130 lbs.

10. On February 27, 2023, SA Puleo and SA Doug Williams, interviewed Witness M.L. at VAMC JAH. Witness M.L. stated that on February 24, 2023, Victim W.C. and **SMITH** got into an argument at the linen room at VAMC JAH. During the argument, **SMITH** put Victim W.C. in a "nelson chokehold" using both of his arms from behind, before picking her up and slamming her to the ground. **SMITH** then walked out of the room.

11. On February 24, 2023, Resident Agent in Charge (RAC) Joshua Lollar, and Special Agent (SA) Luke Puleo, interviewed **SMITH** at his residence. During the interview, **SMITH** stated that earlier in the day, Victim W.C. had gotten in his face at the linen room at VAMC JAH. The next thing that **SMITH** remembered was seeing Victim W.C. laying on the floor, and he was standing over her. **SMITH** was not sure how Victim W.C. ended up on the floor. **SMITH** did not believe that he

touched her, although "they" said that he did. **SMITH** could not specify who "they" were, other than to say he believed other individuals were in the room. **SMITH** acknowledged that he reacts impulsively when he is upset, thus he avoids confrontation and tries his best to stay busy at work. **SMITH** stated that when in a confrontation, either he or the other person involved will get hurt.

12. On February 27, 2023, SA Puleo obtained an Incident Report from VA Police Services Case Number 673210728, concerning an incident on July 15, 2021, in which **SMITH** and VA Employee M.A. got into a physical altercation at VAMC JAH. According to the report, **SMITH** initiated the altercation by throwing a punch at M.A., and then grabbing and throwing him to the ground before the altercation could be broken up. When questioned by VA Police, **SMITH** stated that he did not remember what had happened.

## CONCLUSION

Based on the information in this affidavit, I submit that there is probable cause to believe that **CHARLES EDWARD SMITH** violated 18 U.S.C. § 111 when he assaulted Victim W.C.

Respectfully submitted,

Luke Salvatore Puleo, Special Agent
U.S. Department of Veterans Affairs

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3), before me this 29 day of March, 2023.

AMANDA A. SANSONE
United States Magistrate Judge

5